**[Doexstsh]** [ORDER EXTENDING STAY AND SCHEDULING HEARING]

ORDERED.

Dated: June 17, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Richard Michael Randall

Julia Elizabeth Dawson−Randall

_____Debtor*_____/

Case No.
8:19−bk−05397−RCT
Chapter 7

**ORDER EXTENDING STAY AND SCHEDULING PRELIMINARY HEARING**

THIS CASE came on for consideration without a hearing on the Motion to Extend Stay 9 filed by the Debtor. The Court is not able to schedule a hearing in compliance with 11 U.S.C. 362(c)(3)(B) within thirty days and finds that in as much as it is necessary, the automatic stay will be extended until such time as a hearing can be scheduled. Accordingly, it is

**ORDERED** as follows:

1. The automatic stay is continued in full force and effect pending further order of this Court.

2. The preliminary hearing is set for 7/16/19 at 10:30 AM in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 . .

<u>Avoid delays.</u> You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.