UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CASE NO.: 8:19-bk-05397-RCT

**RICHARD MICHAEL RANDALL**  CHAPTER: 7
*and* **JULIA ELIZABETH DAWSON-RANDALL**

         Debtor(s).
_____/

### RESPONSE TO DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY [DE 9]

Creditor, **Wells Fargo Bank, N.A.** ("Secured Creditor"), by and through the undersigned counsel, hereby files this *Response to Debtor's Motion to Extend Automatic Stay* [**DE #9**]; and in support, respectfully alleges the following:

1. Creditor holds a secured mortgage on real property owned by Debtors, located at 6382 Torrington Circle Lakeland, Florida 33811 (the "Subject Property").

2. The Secured Creditor initiated a foreclosure action in relation to the Subject Property on June 30, 2016.

3. On September 19, 2016, Richard Michael Randall and Julia Elizabeth Dawson Randall ("the Debtors") filed for relief under Chapter 13 of the United States Bankruptcy Code, [**8:16-bk-08061-KRM**] (the "Debtors **First** Bankruptcy"). This bankruptcy filing stopped Secured Creditor's jury trial which was set for September 26, 2016.  On February 28, 2017, a dismissal order was entered for failure to make plan payments.

4. Creditor obtained a foreclosure judgment on **July 7, 2017**; however, the Debtors filed for bankruptcy the day before on July 6, 2017 [**8:17-bk-05938-RCT**] (the "Debtors' **Second** Bankruptcy") which forced the Secured Creditor to cancel a foreclosure sale *and* vacate the final judgment.  On January 11, 2018, the bankruptcy case was dismissed again for failing to make plan payments.

5. The Debtors filed *another* bankruptcy on June 29, 2018 [**8:18-bk-05488-RCT**] (the "Debtors **Third** Bankruptcy").  On February 18, 2019; the case was dismissed, yet again, for failure to maintain plan payments.

6. Lastly, the instant bankruptcy was filed under Chapter 7 of the United Bankruptcy Code [**8:19-bk-05397-RCT**], (the "Debtors **Fourth** Bankruptcy") on June 6, 2019.

ALAW FILE NO. 19-016248

7. The Debtor's conduct falls squarely within the parameters of §362(d)(4)(B) as the Debtors have filed a total of <u>four</u> bankruptcy cases, each of which impeding the Secured Creditor's attempts to foreclosure on its collateral.

8. On June 12, 2019, the Debtor's filed a *Motion to Extend Automatic Stay* **[DE #9]** indicating the Debtor's accept that they are unable to save their home and this case was filed to liquidate their debts. As such, Secured Creditor requests language in the order on Debtor's Motion to Extend that the stay is lifted as to the Secured Creditor and two (2) years prospective relief to allow the Secured Creditor to complete its foreclosure – especially considering that the Debtors have given up on attempts to save the Subject Property.

9. Creditor reserves the right to supplement and/or amend this *Response* in the future.

WHEREFORE, **Wells Fargo Bank, N.A.** respectfully requests that this Court enter an Order Denying the Debtor's *Motion to Extend Automatic Stay*, and award any and all other relief that this Court deems just and appropriate.

/s/   *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW FILE NO. 19-016248

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 21st day of June, 2019, I served a copy of the foregoing upon:

**SERVICE LIST**

Richard Michael Randall
6382 Torrington Circle
Lakeland, FL 33811

Julia Elizabeth Dawson-Randall
6382 Torrington Circle
Lakeland, FL 33811

Stephen J Berlinsky
The Berlinsky Law Firm, PA
21 South 2nd Street
Haines City, FL 33844

Trustee
Carolyn R. Chaney
PO Box 530248
St. Petersburg, FL 33747

U.S. Trustee
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

/s/    *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW FILE NO. 19-016248