ORDERED.

Dated: July 16, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Richard Michael Randall and
Julia Elizabeth Dawson-Randall,

    Debtor.*

Case No. 8:19-bk-05397-RCT
Chapter 7

_____/

### ORDER

THIS CASE came before the court on the Motion to Extend Automatic Stay (Doc. 9) filed by the Debtor. For the reasons stated on the record, the motion is:

_____    Granted as to all creditors.

_____    Granted as to all creditors except _____.

_____    Conditionally Granted until _____, 2019, at _____ and without a finding of good faith.

__✓_____    Denied. *for lack of prosecution.*

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Attorney for the Debtor is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of its entry.

_____

* References to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.